## 30221. JONES v. JONES.

HALL, Justice.

This is a child custody case. The parties were divorced in 1973 and the custody of the couple's three minor children was awarded to the mother. The father brought this suit for a change in custody and appeals from a judgment for the mother.

The trial court found that the evidence was not sufficient to warrant a change of custody. Under the "reasonable evidence rule" applicable in this type of case, the trial court did not abuse its discretion in refusing a change of custody. *Kohler v. Kromer,* 234 Ga. 117 (214 SE2d 551); *Long v. Long,* 233 Ga. 248 (210 SE2d 769); *Robinson v. Ashmore,* 232 Ga. 498 (207 SE2d 484).

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 8, 1975 — DECIDED SEPTEMBER 23, 1975.

*G. Hughel Harrison,* for appellant.

*Richardson, Chenggis & Constantinides, Platon P. Constantinides,* for appellee.